# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**TIGER'S EYE TRADING, LLC, by and through A. SCOTT LOGAN as Trustee For A. SCOTT LOGAN GRANTOR R/I/A TRUST I, Partners Other Than Tax Matters Partner,**

*Plaintiff,*

v.

**THE UNITED STATES,**

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 05-864T

Senior Judge Loren A. Smith

Filed October 18, 2006

## ORDER

Pursuant to the status conference held on October 18, 2006, the Court hereby SCHEDULES a telephone status conference for Friday, December 15, 2006, at 11:00 a.m. EDT. The Court hereby continues the **STAY** until December 15, 2006.

**IT IS SO ORDERED.**

Loren A. Smith
SENIOR JUDGE