# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| **TIGER'S EYE TRADING, LLC, by and through A. SCOTT LOGAN as Trustee For A. SCOTT LOGAN GRANTOR R/I/A TRUST I, Partners Other Than Tax Matters Partner,** | * | Case No. 05-864T |
| | * | Senior Judge Loren A. Smith |
| *Plaintiff*, | * | |
| | * | Filed February 8, 2006 |
| v. | * | |
| | * | |
| **THE UNITED STATES**, | * | |
| | * | |
| *Defendant*. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

The Court hereby RESCHEDULES a telephone status conference for Thursday, February 22, 2007, at 11:00 a.m. E.S.T. to Tuesday, March 20, 2007, at 2:00 p.m. E.S.T. The Court hereby continues the **STAY** until March 20, 2007.

**IT IS SO ORDERED.**

/s Loren A. Smith
LOREN A. SMITH,
Senior Judge