# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**TIGER'S EYE TRADING, LLC, by and through A. SCOTT LOGAN as Trustee For A. SCOTT LOGAN GRANTOR R/I/A TRUST I, Partners Other Than Tax Matters Partner,**

*Plaintiff*,

v.

**THE UNITED STATES**,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 05-864T

Senior Judge Loren A. Smith

Filed: March 20, 2007

**ORDER**

Pursuant to the telephone status conference held on March 20, 2007, and the representations made by counsel for Plaintiff, the Court hereby **DISMISSES** the above captioned matter. The Clerk is **DIRECTED** to **DISMISS WITHOUT PREJUDICE** Plaintiff's complaint.

**IT IS SO ORDERED.**

s/Loren A. Smith
Loren A. Smith
SENIOR JUDGE